# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5133
_____

PAUL AARONS,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

October 23, 2018

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Paul Aarons, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Leslie A. Healer, Assistant Attorney General, Tallahassee, for Respondent.